United States District Court
Southern District of Texas
**ENTERED**
July 27, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-18-281 |
| | § | |
| STEVEN JEROME WILSON, | § | |
| | § | |
| Defendant. | § | |

## REPORT AND RECOMMENDATION

On July 26, 2018, Defendant STEVEN JEROME WILSON appeared with counsel for re-arraignment before the undersigned magistrate judge, the matter having been referred by the District court pursuant to 28 U.S.C. §636(b). Defendant appeared for the purpose of entering a guilty plea to Count 1 of the Indictment charging him with felon in possession of a firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a) and 2.

Defendant STEVEN JEROME WILSON consented in writing to plead guilty before a United States Magistrate Judge. After a conducting a hearing as prescribed by Rule 11 of the Federal Rules of Criminal Procedure, this court makes the following findings of fact:

1. Defendant STEVEN JEROME WILSON after consultation with counsel of record and with the approval of the government, has knowingly and voluntarily consented to be advised of his rights and to enter a plea of guilty before a U.S. Magistrate Judge subject to final approval and imposition of sentence by Chief United States District Judge Lee H. Rosenthal.
2. Defendant STEVEN JEROME WILSON is fully competent and capable of entering an informed plea.
3. Defendant STEVEN JEROME WILSON is aware of the nature of the charges, the maximum punishment range and other penalties that may be imposed at sentencing.
4. Defendant STEVEN JEROME WILSON understands his constitutional and statutory rights and wishes to waive those rights.

5. Defendant STEVEN JEROME WILSON understands that the sentencing judge is not bound by any recommendation on sentencing made by either counsel for the government or counsel for the defendant, and that if a recommendation on sentencing is not followed by the sentencing judge, he may not withdraw his plea of guilty.

6. Defendant STEVEN JEROME WILSON's plea of guilty is a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense charged in Count 1 of the Indictment charging him with felon in possession of a firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2) and 2.

Based upon the foregoing, it is **RECOMMENDED** that the guilty plea of Defendant STEVEN JEROME WILSON to Count 1 of the Indictment be accepted by the court and that STEVEN JEROME WILSON be adjudged guilty of the offense alleged in Count 1 of the Indictment, to wit: felon in possession of firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2) and 2.

The Clerk shall send copies of this Report and Recommendation to the respective parties who have fourteen (14) days from receipt to file written objections to this Report and Recommendation pursuant to General Order 2002-13. A party's failure to file written objections shall bar that party from attacking on appeal the factual findings and legal conclusions contained in the Report and Recommendation.

The original of any written objections shall be filed with the United States District Clerk, P.O. Box 61010, Houston, Texas, 77208. Copies of objections shall be mailed to opposing parties and to the chambers of the undersigned, 515 Rusk, Suite 8608, Houston, Texas 77002.

**SIGNED** at Houston, Texas, this 26th day of July, 2018.

Christina A. Bryan
United States Magistrate Judge